DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BRADLEY BERG; TINA BERG; BTJJ HOLDINGS, LLC; and
BTJJ CONSERVATION CORP. n/k/a RBC Conservation, Corp.,

Appellants,

v.

MICHAEL SCURRY; MARI CAMPBELL; CHRISTOPHER CAMPBELL; LOIS
DEMAIO; ROBERT DEMAIO; ERWIN FLORESCA; GERALD HOLMES;
DORIS HOPKINS; LEE HOPKINS; CAM LE; ALLEN LINDSAY; TONI
LIZZANO; LINDA LUCAS; THOMAS PYLA; SARASOTA WOODS REALTY,
INC.; SUZANNE SCHULHOF; SAMUEL SCHULHOF; AGNES SMOJVER;
RICHARD SMOJVER; KEVIN STALBIRD; BARBARA STALBIRD; LEWIS
THIBEAULT; LINDA THIBEAULT; JACQUELINE UMSTADTER;
JAMES VANBROCKLIN; and JAN MENKE,

Appellees.

No. 2D23-1063

_____

February 2, 2024

Appeal from the Circuit Court for Pinellas County; W. Douglas Baird,
Senior Judge.

Gregory T. Elliott of Elliott-Berger, P.A., Seminole, for Appellants.

Brandon S. Vesely of The Florida Appellate Firm, P.A., St. Petersburg;
and Charles W. Gerdes of Keane Reese Gerdes, P.A., St. Petersburg, for
Appellee Michael Scurry.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

CASANUEVA, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.